



# MEMORANDUM OPINION

No. 04-10-00660-CV

**IN THE INTEREST OF J.R.W.**, a Child,

From the County Court at Law, Kerr County, Texas
Trial Court No. 10372C
Honorable Spencer W. Brown, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice

Delivered and Filed:  January 12, 2011

DISMISSED

Appellants Richard Lee Whitman and Debra Jane Whitman have filed a motion to dismiss this appeal, stating that they no longer wish to prosecute their suit against Appellee Nicole Christina Whitman. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellants. *See id.* 42.1(d).

PER CURIAM